[Nos. 26790-0-II; 26800-1-II;    Division Two.    July 15, 2003.]
   26794-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN CRAIG GRICE, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 00-1-02281-8, 00-1-04878-7, and 00-1-03504-9, Marywave Van Deren and Rosanne Buckner, JJ., entered December 5, 2000. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 27281-4-II.    Division Two.    July 15, 2003.]

MARK DeBOLT, *Respondent*, v. MICHAEL NERHEIM, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-2-01726-1, Stephen M. Warning, J., entered June 29, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Armstrong, JJ.

[No. 28077-9-II.    Division Two.    July 15, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. KUNST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-03253-6, Marywave Van Deren, J., entered November 9, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.